**Order entered October 5, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01597-CV

### CARL "STACEY" NEESE, ET AL., Appellants

### V.

### TED B. LYON, ET AL., Appellees

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-13-61**

## ORDER

Appellees' Motion for Leave to Correct Typographical Error in Pending Motion for Rehearing, and Motion for Reconsideration En Banc is **GRANTED** as follows. In considering the pending motion for rehearing and the pending motion for reconsideration en banc, the Court will consider the typographical error identified in the Motion for Leave as having been corrected. Appellees need not file a corrected motion for rehearing or a corrected motion for reconsideration en banc.

/s/　　CAROLYN WRIGHT
　　　　CHIEF JUSTICE